IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASTLEPOINT INSURANCE COMPANY A/S/O AL SALVATIERRA, Plaintiff(s)<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM LLC AND AMAZON.COM.DEDC, LLC<br><br>Defendant(s) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No.: 17-CV-04592-RA |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) _____ pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

*Signature of plaintiffs or plaintiff's counsel*
Alan B. Wenig, Esq. (AW7078)

*Address*
Wenig & Wenig, PLLC
150 Broadway- Suite 911

*City, State & Zip Code*
New York, NY 10038
(212) 374-9840

*Telephone Number*

Dated: August 11, 2017

*Signature of defendants or defendant's counsel*
J. Jay Young (JJY4855)

*Address*
Smith Mazure Director Wilkins Young & Yagerman, P.C.  File AMZ-109

*City, State & Zip Code*
111 John Street
New York, NY 10038

*Telephone Number*
(212) 964-7400

Dated: 8/11/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
CASTLEPOINT INSURANCE COMPANY A/S/O AL SALVATIERRA,

Plaintiffs,

-against-

AMAZON.COM, INC., AMAZON.COM, LLC AND AMAZON.COM.DEDC, LLC,
Defendants.

---------------------------------------------------------------------X

*Civil Action No.* 1:17-cv-04592 (RA)(HBP)

STIPULATION OF VOLUNTARY DISCONTINUANCE PURSUANT TO F.R.C.P. 41(a)(1)(A)(II)

**SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C.**
Attorneys for Defendants
Amazon.Com, Inc., Amazon.Com, LLC and Amazon.Com.DEDC, LLC
111 John Street
New York, NY  10038
(212) 964-7400
AMZ-00109